IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEVI MATHEW LAMB | ) |
| | ) |
| v. | ) NO. 3-14-0158 |
| | ) JUDGE CAMPBELL |
| KENNETH R. GOBLE | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 18) and a Motion to Amend Complaint and Objections filed by the Plaintiff (Docket No. 21). Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved. Moreover, Plaintiff's Motion to Amend Complaint (Docket No. 21) is DENIED.[1]

Defendant's Motion to Dismiss (Docket No. 9) is GRANTED, and this action is DISMISSED. Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                                   TODD J. CAMPBELL
                                                                    UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff seeks to amend his Complaint to change his malpractice allegations to the charge of malicious prosecution. Even if the Court were to allow Plaintiff to change his cause of action, the Defendant's Motion to Dismiss would still be granted, as the immunity discussed therein applies to claims of malicious prosecution as well.